## BROWN-BEANE CO. *et al.* v. RUCKER *et al.*

No. 3535.   Opinion Filed July 18, 1912.

On Rehearing January 21, 1913.

APPEAL AND ERROR—Record—Case-Made—Service. A case-made not served within three days after the judgment sought to be reviewed is entered, or within the extension of time allowed by the court or judge, is void, and will not be considered.

(Syllabus by Brewer, C.)

*Error from District Court, Rogers County;*
*T. L. Brown, Judge.*

Action by J. G. Rucker and F. M. Rucker, copartners, do-
ing business as Rucker Bros., and E. M. Brown, against Brown-
Beane Company and others.   Judgment for plaintiffs, and de-
fendants bring error.   Dismissed.

*Biddison & Campbell,* for plaintiffs in error.

*John Q. Adams* and *Randolph & Haver,* for defendants in
error.

Opinion by BREWER, C.   This cause is appealed from the
district court of Rogers county, and is brought for the purpose
of reviewing an order of said court wherein it denied a motion
to dissolve a temporary injunction and by order continued the
same in full force and effect pending the final hearing of the
cause.

The petition in error herein was filed in this court January
24, 1912, and on April 25, 1912, the defendants in error filed
their motion to strike the case-made from the files and to dis-
miss the appeal.   One of the reasons assigned for dismissing the
appeal is:

"Because said case-made shows that it was not served upon
the defendants in error within the time fixed by the order of
the court."

The motion to dismiss the appeal must be sustained upon the
above ground.

From the case-made it appears that the order and judgment
of the court complained of was rendered on December 26, 1911,
and further shows that on said date the plaintiffs in error were
allowed ten days in which to make and serve case-made for ap-
peal to the Supreme Court.   The case-made appears to have been
served on the defendants in error on January 6, 1912.   The date
of the service of the case-made as stated, is shown by the cer-
tificate of the attorney for plaintiffs in error, and also by an ac-
ceptance of service by the attorneys for defendants in error;
the record fails to show any order of the court further extend-
ing the time.

Therefore it follows that the case-made was not served within the ten days allowed by the order of the court. This is jurisdictional; and for the reasons stated, following the decisions of this court, the case-made is a nullity, and the appeal should be dismissed. *Haynes et al. v. Smith*, 29 Okla. 703, 119 Pac. 246; *Thompson et al. v. Fulton*, 29 Okla. 700, 119 Pac. 244; *Devault et al. v. Merchants' Exchange Co.*, 22 Okla. 624, 98 Pac. 342; *Bettis v. Cargile et al.*, 23 Okla. 301, 100 Pac. 436; *Bray v. Bray*, 25 Okla. 71, 105 Pac. 200; *Carr v. Thompson et al.*, 27 Okla. 7, 110 Pac. 667; *Cowan v. Maxwell*, 27 Okla. 87, 111 Pac. 388; *Lankford v. Wallace*, 26 Okla. 857, 110 Pac. 672.

By the Court: It is so ordered.